UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DASHON HINES,

                Plaintiff,

-against-

NHL,

                Defendant.

22-CV-8061 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

On September 13, 2022, because of Plaintiff's abuse of the privilege of proceeding *in forma pauperis*, he was barred from filing any new action *in forma pauperis* without first obtaining from the Court leave to file. *See Hines v. New York State Div. of Human Rights Staff*, ECF 1:21-CV-4629, 7 (S.D.N.Y. Sept. 13, 2022).[1] Soon thereafter, Plaintiff filed this new case *pro se*, seeking to proceed *in forma pauperis*, but he has not sought leave from the Court. The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the September 13, 2022 order.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). Judgment shall issue.

SO ORDERED.

Dated:   September 21, 2022
           New York, New York

                                            /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                        Chief United States District Judge

---

[1] In May 2016, the U.S. Court of Appeals for the Second Circuit entered a leave-to-file sanction against Dashon Hines. *In re Dashon Hines*, 2d Cir. 15-4094 (Order dated May 5, 2016).